BRYAN SCHRODER
Acting United States Attorney

ANNE VELDHUIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Anne.Veldhuis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| In the Matter of | ) | No. 3:17-cr-00103-SLG-KFM |
|---|---|---|
| | ) | |
| STEVEN CURTIS BACHMEIER | ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| | ) | |
| On Writ of Habeas Corpus | ) | |
| | ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

STEVEN CURTIS BACHMEIER, who is imprisoned by the State of Alaska Department of Corrections, at Cook Inlet Pretrial is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Steven Curtis Bachmeier,</u> 3:17-cr-00103-SLG-KFM which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

BRYAN SCHRODER
Acting United States Attorney

s/Anne Veldhuis
ANNE VELDHUIS
Assistant U.S. Attorney