IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>STEVEN CURTIS BACHMEIER<br><br>                  Defendant. | Case No. 3:17-cr-00103-SLG-KFM<br><br>**ORDER FOLLOWING**<br>***FARETTA* HEARING**<br>**[Docket No. 20]** |

At Steven Curtis Bachmeier's request,[1] this Court conducted a *Faretta* hearing.[2] The Court questioned Bachmeier and determined that he unequivocally has asserted his right to self-representation under the Sixth Amendment. Following extensive inquiry on the record, this Court is satisfied that (1) Bachmeier has been advised of and understands that he has a right to counsel at no cost in this matter; (2) Bachmeier has been advised of and understands the advantages of being represented by a lawyer in this matter; (3) Bachmeier has been advised of and understands the disadvantages of self-representation in this matter; (4) Bachmeier has read the indictment and has been advised of and understands the charge against him; (5) Bachmeier has been advised of and understands the possible penalties in this matter, which include a maximum sentence of five years' imprisonment and a possible maximum term of supervised release of three years.

---

[1] Docket Nos. 20, 21 (*ex parte*).
[2] *Faretta v. California,* 422 U.S. 806 (1975).

This Court finds that (6) Bachmeier has obtained a G.E.D., is fluent in English, and can read and write in English; (7) a state court in Kenai has found Bachmeier competent to represent himself in a criminal matter; (8) Bachmeier has represented himself in administrative appeals before the Alaska Superior Court and in one civil matter before the Alaska Supreme Court; (9) Bachmeier has submitted pleadings to the Alaska Superior Court in connection with the administrative appeals, and has submitted briefing in one civil matter to the Alaska Supreme Court; (10) Bachmeier was not under the influence of alcohol or controlled substances during this Court's inquiry; (11) Bachmeier has never been diagnosed or treated for any mental illness; and, finally, (12) no one threatened Bachmeier and no one promised him anything to get him to elect self-representation.

Finally, this Court finds that Bachmeier, based on his answers to the Court's questions, his education, and his ability to communicate, is competent to stand trial, and for those reasons is competent to waive his Sixth Amendment right to counsel and to elect self-representation.[3] That is to say, Bachmeier has sufficient present ability to communicate on his own behalf with a reasonable degree of rational understanding and has a rational, as well as factual, understanding of the proceedings against him.[4]

Accordingly, and after careful consideration of Bachmeier's responses, this Court concludes that Bachmeier has knowingly, voluntarily, and intelligently waived his Sixth Amendment right to counsel and has knowingly, voluntarily, and intelligently elected to represent himself with a full awareness of the advantages of counsel, as well as with a full awareness of the disadvantages and dangers of self-representation this matter.

---

[3] *See generally Godinez v. Moran,* 509 U.S. 389 (1993) (the competency standard for pleading guilty or waiving the right to counsel is the same as the competency standard for standing trial).

[4] *See generally Dusky v. United States,* 362 U.S. 402 (1960), and *Drope v. Missouri,* 420 U.S. 162 (1975) (establishing standard for competency to stand trial).

*United States v. Bachmeier*                          Case No. 3:16-cr-00103-SLG-KFM
Order Following *Faretta* Hearing (Docket No. 20)              Page 2
Case 3:17-cr-00103-SLG    Document 25    Filed 10/18/17    Page 2 of 3

Assistant Federal Defender Gary Colbath's appointment shall be continued, but only as standby counsel for Bachmeier.

The Clerk of Court was directed to have a transcript of the October 18, 2017, *Faretta* inquiry prepared on a non-expedited basis for placement in the Court file and service on the parties.

DATED this 18th day of October, 2017, at Anchorage, Alaska.

                                                */s/ Kevin F. McCoy*
                                                  Kevin F. McCoy
                                      United States Magistrate Judge

*United States v. Bachmeier*                                                                     Case No. 3:16-cr-00103-SLG-KFM
Order Following *Faretta* Hearing (Docket No. 20)                                 Page 3
Case 3:17-cr-00103-SLG    Document 25    Filed 10/18/17    Page 3 of 3