UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs

STEVE BACHMEIER

    Defendant.

NOTICE OF NON-CONSENT

Case No. 3:17-cr-00103-SLG-KFM-1

    Defendant gives notice that defendant does not consent to any of this Courts' proceedures, practices, or assumed authority. Nor does the defendant consent to be prosecuted in any court. Defendant further removes any implied consent by this express notice. Defendant is only compling with this process out of coercion, imprisnment and threats of future imprisonment.

10-22-17

                                             /s/ Steve Bachmeier

                                             Steve Bachmeier

RECEIVED OCT 26 2017 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

Steve Bachmeier
1300 W 4th AVE
Anchorage, AK 99501

NOTICE OF NON-CONSENT