# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>STEVEN CURTIS BACHMEIER,<br>　　　　Defendant. | Case No. 3:17-cr-00103-SLG |

## ORDER

Before the Court is Defendant's Motion to Request a Competency Hearing (Docket 106) and the United States' Response (Docket 107). Mr. Bachmeier seeks a competency hearing for Assistant United States Attorney Anne Veldhuis, Magistrate Judge Kevin McCoy, and the undersigned District Judge.

Preliminarily, Mr. Bachmeier seeks to have the motion determined by a different judge. A judge is required to recuse herself under 28 U.S.C. §§ 144, 455 if an objectively reasonable person informed of the facts would conclude that the judge's impartiality might reasonably be questioned were the judge to continue to hear the case. *DeNardo v. Municipality of Anchorage, 9*74 F.2d 1200, 1201 (9th Cir. 1992); *United States v. Studley,* 783 F.2d 934, 939 (9th Cir.1986). Mr. Bachmeier bears the burden of proving facts which justify recusal. *Id.* The fact that Mr. Bachmeier has filed this motion is probative of his view of other participants in this case, including this judge. It is not probative of this judge's view of him. Mr. Bachmeier has presented no evidence that his filing of this motion has had any effect on the undersigned judge's view of Mr. Bachmeier and the Court finds that an objectively reasonable person informed of the facts would not conclude

that the undersigned judge's impartiality might reasonably be questioned if the undersigned judge continues to hear the case and decides this motion. *DeNardo,* 974 F.2d at 1201.

On the merits, the motion at Docket 106 is DENIED. There is no basis in the law for the relief Mr. Bachmeier seeks. *Cf.* 18 U.S.C. § 4241 (providing for determination of mental competency of a criminal defendant to stand trial).

DATED this 8th day of March, 2018 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE
