# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

STEVEN CURTIS BACHMEIER,

    Defendant.

Case No. 3:17-cr-00103-SLG-DMS

## ORDER RE DEFENDANT'S MOTIONS AT DOCKETS 243, 262, 273, 277 AND 289/290

Before the Court are five pending motions filed by Defendant Steven Curtis Bachmeier.

**1. Motion to Dismiss, Docket 243**

In this motion, Mr. Bachmeier seeks dismissal of this action for lack of jurisdiction. A response in opposition was filed at Docket 250. The motion was referred to the Honorable Magistrate Judge Deborah M. Smith. At Docket 268, Judge Smith issued her Final Report and Recommendation, in which she recommended that the motion be denied, after noting that the motion restates claims previously brought by the defense no fewer than three times.[1] No objections to the Final Report and Recommendation were filed.

---

[1] Docket 268 at 1.

## 2. Motion for Sanctions and Contempt Order, Docket 262

In this motion, Mr. Bachmeier seeks sanctions and an order of contempt against Mr. Bachmeier's stand-by counsel and a paralegal. No response to this motion was filed. The motion was referred to the Honorable Magistrate Judge Deborah M. Smith. At Docket 296, Judge Smith issued her Final Report and Recommendation, in which she recommended that the motion be denied. No objections to the Final Report and Recommendation were filed.

## 3. Motion to Dismiss and Hearing, Docket 273

In this motion, Mr. Bachmeier raises concerns about his access to the Court. A response in opposition was filed at Docket 282. This motion was referred to the Honorable Magistrate Judge Deborah M. Smith. At Docket 299, Judge Smith issued a Final Report and Recommendation, in which she recommended that the motion be denied, reasoning that no constitutional violation had been adequately alleged. No objections to the Final Report and Recommendation were filed.

## 4. Motion for Order for Bonds to be Filed and Hearing, Docket 277

In this motion, Mr. Bachmeier takes issue with the fringe on the Court's flags, and requests bonds and an evidentiary hearing. A response in opposition was filed at Docket 285. This motion was referred to the Honorable Magistrate Judge Deborah M. Smith. At Docket 301, Judge Smith issued a

Case No. 3:17-cr-103-SLG-DMS, *USA v. Bachmeier*
Order re Defendant's Motions at Dockets 243, 262, 273, 277, 289/290
Page 2 of 4

Final Report and Recommendation, in which she recommended that the motion and request for hearing be denied. No objections to the Final Report and Recommendation were filed.

5. **Motions for Acquittal, Dockets 289 and 290**

In these motions, Mr. Bachmeier asserts he should be acquitted because the government never responded to his notice at Docket 266 or accompanying statement at Docket 266-1. A response in opposition was filed at Docket 294, in which it maintained the motions were untimely and did not state a basis for relief. This motion was referred to the Honorable Magistrate Judge Deborah M. Smith. At Docket 302, Judge Smith issued a Final Report and Recommendation, in which she recommended that the motion be denied. No objections to the Final Report and Recommendation were filed.

The Reports and Recommendations are now all before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[2] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[3] But as to those topics on which

---

[2] 28 U.S.C. § 636(b)(1).

[3] *Id.*

Case No. 3:17-cr-103-SLG-DMS, *USA v. Bachmeier*
Order re Defendant's Motions at Dockets 243, 262, 273, 277, 289/290
Page 3 of 4

no objections are filed, "[n]either the Constitution nor [28U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[4]

The magistrate judge recommended that the Court deny each of the motions. The Court has reviewed each of the Final Reports and Recommendations and agrees with their analysis. Accordingly, the Court adopts each of the Final Reports and Recommendations in their entirety, and IT IS ORDERED that the motions at Dockets 243, 262, 273, 277, 289, and 290 are each **DENIED**.

DATED this 26th day of December, 2019 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[4] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Case No. 3:17-cr-103-SLG-DMS, *USA v. Bachmeier*
Order re Defendant's Motions at Dockets 243, 262, 273, 277, 289/290
Page 4 of 4